LENA PECK, as Administratrix of the Estate of MORRIS PECK, Deceased, Respondent, *v.* BENJAMIN J. WEIL et al., Individually and as Executors of and Testamentary Trustees under the Will of JONAS WEIL, Deceased, Appellants, Impleaded with Others.

(Argued March 24, 1932; decided April 26, 1932.)

*Albert R. Eberlein* and *Benjamin C. Loder* for appellants. *Herbert A. Canter* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ.   Not sitting: KELLOGG, J.